IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JESSE CROOKS** | : |
| *Plaintiff(s)* | : |
| | : |
| v. | : CIVIL NO. 25-2903 |
| | : |
| **SILK ROAD TRANZ, INC. et al** | : |
| | : |
| *Defendant(s)* | : |

## NOTICE

A review of the Court's records shows that **SILK ROAD TRANZ, INC. et al** has not filed an answer or pleading in response to the complaint in the above-captioned case.

If **JESSE CROOKS** does not take any action in this case within the next 14 days, the Court may enter an order dismissing the case against **SILK ROAD TRANZ, INC. et al** for lack of prosecution.

BY THE COURT:

/S/Kai N. Scott
**HON. KAI N. SCOTT**
**United States District Court Judge**

**Date: August 11, 2025**
**Copies sent via ECF Notification**