

# KARPF, KARPF & CERUTTI, P.C.

ATTORNEYS AT LAW

8 Interplex Drive, Suite 210
Feasterville-Trevose, PA 19053
Tel: (215) 639-0801
Fax: (215) 639-4970
alease@karpf-law.com

August 18, 2025

**VIA ECF ONLY**
Hon. Kai N. Scott
13613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

    Re:    *Jesse Crookes v. Silk Road Tranz, Inc., et al.*
                **Civil Action No.: 25-2903**

Dear Judge Scott:

    I write regarding the Court's Order dated 8/11/25 (ECF No. 6). On 6/9/25, we mailed waivers of service to the Defendants. At the time the Court entered the Order, we had not yet received executed waivers from the Defendants. We received the executed waivers on 8/13/25 and promptly filed them on that same date.

    Accordingly, I assume that the Court's 8/11/25 Order has been complied with. If this is not correct, or if the Court requires anything further, please let me know. Thank you.

                Respectfully submitted,

                **KARPF, KARPF & CERUTTI, P.C.**

                */s/ Adam C. Lease*
                Adam C. Lease

cc (via email only):
Ryan J. Wilk, Esquire